UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80103-Cr-Middlebrooks/Brannon

21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 843(a)(6)

UNITED STATES OF AMERICA

vs.

ROSS ALLEN RIKER,
and ADAM O. DE BARRY,

Defendants.
_____/

FILED BY __TM__
May 22, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges the following:

### COUNT 1

From as early as in or around January 2015, and continuing through on or about June 14, 2017, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSS ALLEN RIKER
and
ADAM O. DE BARRY,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury, to import a controlled substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

With respect to **ROSS ALLEN RIKER** and **ADAM O. DE BARRY**, the controlled

1

substance involved in the conspiracy attributable to each defendant as a result of that defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to that defendant, is:

(1) Fentanyl, pursuant to Title 21, United States Code, Section 960(b)(3);

(2) Gamma-Butyrolactone ("GBL") intended for human consumption, pursuant to Title 21, United States Code, Sections 813, 802(32), and 960(b)(3); and

(3) Alprazolam (a/k/a "Xanax"), in violation of Title 21, United States Code, Section 960(b)(6).

(4) Etizolam (a/k/a "Xanax"), in violation of Title 21, United States Code, Section 960(b)(6).

## COUNT 2

From as early as in or around January 2015, and continuing through on or about June 14, 2017, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSS ALLEN RIKER**
**and**
**ADAM O. DE BARRY,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to **ROSS ALLEN RIKER** and **ADAM O. DE BARRY,** the controlled substance involved in the conspiracy attributable to each defendant as a result of that defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to that defendant, is:

(1) Fentanyl, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

(2) Gamma-Butyrolactone ("GBL") intended for human consumption, pursuant to Title 21, United States Code, Sections 813, 802(32), and 841(b)(1)(C);

(3) Alprazolam (a/k/a "Xanax"), pursuant to Title 21, United States Code, Section 841(b)(2)

(4) Etizolam (a/k/a "Xanax"), in violation of Title 21, United States Code, Section 841(b)(2).

## COUNT 3

From as early as in or around January 2015, and continuing through on or about June 14, 2017, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSS ALLEN RIKER
and
ADAM O. DE BARRY,**

did knowingly and intentionally possess a tableting machine, or any equipment, chemical, product, or material, which may be used to manufacture a controlled substance or listed chemical, knowing, intending, or having reasonable cause to believe that it will be used to manufacture a controlled substance or listed chemical, in violation of Title 21, United States Code, Section 843(a)(6) and Title 18, United States Code, Section 2.

## FORFEITURE

Upon conviction of Counts One through Three of this Indictment, the defendants, **ROSS ALLEN RIKER and ADAM O. DE BARRY**, shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of said violations, and any and all property used or intended to be used in

any manner or part to commit or facilitate the commission of such violations, pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*[signature]*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| ROSS ALLEN RIKER and ,<br>ADAM O. DE BARRY | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ____ |
|---|---|---|---|
| Miami ____ | Key West ____ | Number of New Defendants | ____ |
| FTL ____ | WPB X    FTP ____ | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take    3-4    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                          (Check only one)

   I    0 to 5 days        X            Petty        ____
   II   6 to 10 days       ____         Minor        ____
   III  11 to 20 days      ____         Misdem.      ____
   IV   21 to 60 days      ____         Felony         X
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:   Magistrate Case No.    18-mj-8210-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    5/9/2018
   Defendant(s) in state custody as of _____
   Rule 20 from the
   District of

   Is this a potential death penalty case? (Yes or No)  ____Yes    X  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    X  No

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar/Court No. 0150990

*Penalty Sheet(s) attached                                                              REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. _____

**Defendant's Name:** ROSS ALLEN RIKER

| COUNT (s) | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to import a controlled substance | 21:846 | 20 years<br>SR: 3 years-life<br>$1 million fine<br>$100 special assessment |
| 2 | Conspiracy to possess with intent to distribute a controlled substance | 21:963 | 20 years<br>SR: 3 years-life<br>$1 million fine<br>$100 special assessment |
| 3 | Possession of a tableting machine or any other material used to manufacture a controlled substance | 21:843(a)(6) | 4 years<br>SR: 3 years<br>$250, 000 fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. _____

**Defendant's Name:** ADAM O. DE BARRY

| COUNT (s) | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to import a controlled substance | 21:846 | 20 years<br>SR: 3 years-life<br>$1 million fine<br>$100 special assessment |
| 2 | Conspiracy to possess with intent to distribute a controlled substance | 21:963 | 20 years<br>SR: 3 years-life<br>$1 million fine<br>$100 special assessment |
| 3 | Possession of a tableting machine or any other material used to manufacture a controlled substance | 21:843(a)(6) | 4 years<br>SR: 3 years<br>$250, 000 fine<br>$100 special assessment |